# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE RECORD, | Case No. 8:25-cv-00145-JWH-KESx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC, | |
| Defendant. | |

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about March 5, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: May 23, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-